584

Richard T. DeFILIPPO, Jr.

v.

Victoria G. HILL

2130712

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed

Lorenzo PEARSON

v.

Geraldine FRALISH, Debra Alums, Kevin Fralish, and Fralish Props.

2130715

Court of Civil Appeals of Alabama.

02/06/2015

Affirmed

Cornelius BURROWS

v.

ENTERPRISE STATE CMTY. COLL.

2130716

Court of Civil Appeals of Alabama.

01/30/2015

Affirmed

Amy ROGERS

v.

ASSET ACCEPTANCE, INC.

2130720

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

M.T.

v.

LAUDERDALE CTY. DEP'T OF HUMAN RES.

2130723

Court of Civil Appeals of Alabama.

02/20/2015

Affirmed